963 A.2d 902

**INDIAN ROCKS PROPERTY OWNERS ASSOCIATION, INC. OF LEDGEDALE, Petitioner**

v.

**John P. GLATFELTER and Regina L. Glatfelter, His Wife, Respondents.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue set forth below. The issue, as stated by petitioner, is:

Whether the term "recreational activity," as contained in the Construction Code, 35 P.S. § 7210.103, is ambiguous, necessitating that this Court apply the rules of statutory construction to ascertain the intent of the Legislature?